# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| RICHARD HILL, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-40 |
| v. | * |
| WARDEN TOM GRAMIAK; and S. CREWS, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's December 28, 2015, Report and Recommendation, dkt. no. 12, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims for monetary damages under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). Plaintiff's claims under 42 U.S.C. § 1983 and the RLUIPA against Defendants Gramiak and Crews remain pending.

**SO ORDERED**, this 25 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA