# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RICHARD HILL, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-40 |
| | * | |
| v. | * | |
| | * | |
| WARDEN TOM GRAMIAK; and S. CREWS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 21, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Accordingly, the Court **DISMISSES** Plaintiff's Complaint, without prejudice, based on his failure to follow the Court's directive and failure to prosecute. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in*

*forma pauperis* on appeal. All pending Motions are **DENIED as** moot.

SO ORDERED, this  19  day of  July , 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA